AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| AARON JAMES SMITH, | ) |
| *Plaintiff* | ) |
| | ) |
| STATE OF OHIO, | ) |
| *Defendant* | ) |

Civil Action No.   1:25-cv-271

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   The Court ADOPTS the R&R (Doc. 4) and DISMISSES Smith's Complaint (Doc. 3) WITHOUT PREJUDICE for lack of subject-matter jurisdiction. 28 U.S.C. § 1915(e)(2)(B). The Court also CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would not be made in good faith, and thereby DENIES Smith leave to appeal IFP.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge     Douglas R. Cole _____ .

Date:    8/22/25 _____

CLERK OF COURT

*Melissa Saddle*

Signature of Clerk or Deputy Clerk